IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPA DINESH GAIKWAD,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. ENDLOW, et al.,<br><br>Defendants. | No. 2:25-cv-02885-DAD-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff filed the operative complaint on October 7, 2025. See ECF No. 1. On November 4, 2025, Defendants filed a motion to stay the case in light of the lapse in appropriations. See ECF No. 6. Defendants requested 60 days from the date appropriations are restored to respond to the complaint and for suspension of all other deadlines and appearances. See id.

On November 12, 2025, the government enacted a continuing resolution that extends funding.[1] See Congressional Bill H.R. 5371. As such, Defendants' motion for stay is moot. In light of the lapse of appropriations and the timeline of this case, the undersigned will grant Defendants 60 days from the date of restoration of appropriations funding to respond to the complaint.

---

[1] The Court may take judicial notice pursuant to Federal Rule of Evidence 201 of matters of public record. See U.S. v. 14.02 Acres of Land, 530 F.3d 883, 894 (9th Cir. 2008).

Accordingly, IT IS HEREBY ORDERED:

1. Defendants' motion for stay, ECF No. 6, is DENIED AS MOOT;

2. Defendants shall respond to the complaint on or before January 11, 2026.

Dated: November 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE