IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPA DINESH GAIKWAD,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. ENDLOW, et al.,<br><br>Defendants. | No. 2:25-cv-02885-DAD-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The parties have filed a stipulation of voluntary dismissal. See ECF Nos. 8 and 9.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: December 18, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1